**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**BRYCE WOODS**                                                                                          **PLAINTIFF**
**ADC #150633**

v.                              Case No. 1:14-cv-00077-KGB-BD

**CHAD MCGOWAN,** *et al.*                                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that plaintiff Bryce Woods's claims against defendants Chad McGowan and David White are dismissed without prejudice and that his claims against the North Central Unit of the Arkansas Department of Correction are dismissed with prejudice.

SO ADJUDGED this the 8th day of December, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE